No. 26-1491

# In the
# United States Court of
# Appeals for the Fourth
# Circuit

John Doe,

*Plaintiff-Appellant,*

v.

INFORMDATA, LLC, formerly known as WHOLESALE SCREENING SOLUTIONS, LLC,

*Defendant-Appellee.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA, HON. ROSSIE D. ALSTON, JR. (NO. 25-CV-00826)

## APPELLANT'S CONSENT MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF

Pursuant to Federal Rule of Appellate Procedure 26(b) and Local Rule 31(c), Appellant John Doe, respectfully moves for a 30-day extension of time to file their opening brief and the joint appendix from June 2, 2026, to July 2, 2026.

1

There is good cause for this request because Appellant's lead counsel for this case, Susan Rotkis, has a number of significant case, professional, and other obligations in the upcoming weeks, including several court appearances, depositions, long distance travel for in-person court appearances, briefing obligations including oppositions to dispositive motions, and personal family travel planned long ago.

Specifically, Appellant's counsel have the following commitments:

- Hebrank v. EWS, 2:24CV2711 (D. Arizona) Summary Judgment reply, Rule 56(c) and 37(c)(1) briefing due May 12.

- Reddrick v. Mamco Hampton, 4:25CV127-RBS (E.D.Va.) in-person hearing on Defendant's Motion to Dismiss in Norfolk, Virginia on May 13, 2026. Counsel must travel from and from Tucson, Arizona to Norfolk, Virginia.

- Arbitration Hearing by Zoom case in the Eastern District of Michigan on May 15, 2026.

- Depositions scheduled for May 8, 14, and 29., 2026.

- Family international travel June 5 – June 21, 2026.

2

Appellant has not sought a previous extension in this case. It is made for a proper purpose and not for a dilatory reason. Defendant-Appellee consents to this request with commensurate extension of 30-days' time for the Defendant to respond to the opening brief.

Accordingly, the Court should grant this motion and extend the time for filing Appellant's opening brief and the joint appendix until July 2, 2026.

Dated: May 7, 2026,    */s/ Susan Mary Rotkis*
Susan Mary Rotkis
**CONSUMER JUSTICE LAW FIRM**
2290 East Speedway Boulevard
Tucson, AZ 85719
T: (602) 807-1504
E: srotkis@consumerjustice.com

*Counsel for Plaintiff-Appellant*
*John Doe*

3

## CERTIFICATE OF COMPLIANCE

I hereby certify that this brief complies with the Federal and Local Rules in that it contains 250 words and was prepared in Microsoft Word and produced with a proportional serif 14-point font. I further certify that I am a member in good standing of the Bar of the Court.

Dated: May 7, 2026

*/s/ Susan Mary Rotkis*
Susan Mary Rotkis
**CONSUMER JUSTICE LAW FIRM**

*Counsel for Plaintiff-Appellant*
*John Doe*

## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2026, I electronically filed this document with the Clerk of the Court for the United States Court of Appeals for the Fourth Circuit using the CM/ECF system. Counsel for Defendants-Appellants are registered CM/ECF users and will be served by the CM/ECF system.

Dated: May 7, 2026

*/s/ Susan Mary Rotkis*
Susan Mary Rotkis
**CONSUMER JUSTICE LAW FIRM**

*Counsel for Plaintiff-Appellant*
*John Doe*