**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

July 7, 2026

_____

DOCKET CORRECTION NOTICE

_____

No. 26-1491,    John Doe v. InformData, LLC
                1:25-cv-00826-RDA-WEF

TO:    John  Doe

BRIEF OR JOINT APPENDIX CORRECTION DUE:  July 13, 2026

Please make the correction identified below and file a corrected document by the due date indicated. Use the **BRIEF** or **JOINT APPENDIX** entry and select "Corrected" as a modifier if corrections require the refiling of the electronic brief/joint appendix. Arrangements may be made with the clerk for return of paper copies for correction, if applicable. The time for filing the next brief is unaffected by this notice.

| |
|---|
| [X] Citations must be to the joint appendix as opposed to the district court docket. Please refer to **Appendix Pagination & Brief Citation Guide** for guidance. **If the joint appendix does not include the documents being referenced, counsel must file a motion to file a corrected appendix to include the omitted documents.** |
| [X] Brief citations do not reference correct page number of the joint appendix. Please refer to **Appendix Pagination & Brief Citation Guide** to correct. |
| [X] Appendix organization is not in compliance with **Local Rule 30(b)(3)**. **Note:** If appendix corrections alter brief citations, a corrected brief will also need to be filed. |

P. Ballard, Deputy Clerk
804-916-2702