**IN THE
UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

HARRY S. SMITH,
*Plaintiff-Appellant,*

v.

INFORMDATA, LLC, formerly known as WHOLESALE SCREENING
SOLUTIONS, LLC,
*Defendant-Appellee.*

On Appeal from the United States District Court for the
Eastern District of Virginia, No. 25-cv-00826 (Alston, J.)

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Carmen Longoria-Green
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006
Telephone: (202) 263-5282
clongoriagreen@mayerbrown.com

Charles E. Harris, II
Preston R. Michelson
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 782-0600
charris@mayerbrown.com
pmichelson@mayerbrown.com

*Counsel for Defendant-Appellee InformData, LLC*

Pursuant to Federal Rules of Appellate Procedure 26(b) and 27 and Fourth Circuit Local Rule 31(c), Defendant-Appellee InformData, LLC ("InformData") moves for an extension of time of 30 days in which to file its response brief. The current deadline for InformData's response brief is August 3, 2026. With the extension, InformData's brief would be due on September 2, 2026. Plaintiff-Appellant Harry S. Smith ("Plaintiff") does not oppose the requested extension.

1.      On April 23, 2026, this Court issued a briefing order under which Plaintiff's opening brief was due on June 2, 2026. Plaintiff sought, and this Court granted, an unopposed 30-day extension of time to file its opening brief. ECF Nos. 7, 10. Plaintiff's opening brief was filed on July 2, 2026. ECF No. 17.

2.      There is good cause for InformData's requested 30-day extension. InformData's counsel have had, and will continue to have, responsibility for a number of other matters with proximate due dates. Specifically, the undersigned counsel, who has principal responsibility for InformData's brief, also serves as principal counsel in several class actions, including *Ibanez v. Wells Fargo Bank, N.A.*, Case No. 26CV494048 (Cal. Super. Ct., Santa Clara Cnty.); *Palmer v. Wells Fargo*

*Bank, N.A.*, Case No. 2:26-CV-04962-AH-AYPx (C.D. Cal.); *Brumsey v. Davey Tree Surgery Co. et al.,* Case No. 5:26-CV-01443-EKL (N.D. Cal.); and *Mercado et al. v. S&C Electric Co.*, Case No. 2020-CH-07349 (Cir. Ct. Cook Cnty., Ill.), as well as other commercial disputes and private arbitrations.

3. Additionally, Attorney Longoria-Green has responsibility for the following matters with proximate due dates:

- An oral argument in *Sandoval v. Unique Insurance Company*, No. 1:25-cv-1211 (D.N.M.), on July 13, 2026;

- A hearing in *People of the State of California v. Roblox Corporation*, No. 26STCV05708 (Cal. Super. Ct.), on July 14, 2026);

- A response brief in *Altobelli v. Gen. Motors LLC*, No. 26-1078 (6th Cir.), due August 3, 2026; and

- A response brief in *Altobelli v. Gen. Motors LLC*, No. 26-1079 (6th Cir.), due August 5, 2026.

4. Finally, Attorney Michelson has responsibility for the following matters with proximate due dates:

- A reply brief in a confidential arbitration proceeding due on July 17;

- An opposition to a motion to vacate in *In re Delta Dental Antitrust Litig.*, MDL No. 2931 (J.P.M.L.), due on July 20;

- A motion to dismiss in *Bryant v. TikTok Inc.*, No. 1:26-cv-04907 (N.D. Ill.) due on July 21; and

- A response brief in a confidential arbitration proceeding due August 7; and

- A reply brief in a confidential arbitration proceeding due August 26.

5. A 30-day extension of time to file the response brief—up to and including September 2, 2026—would not prejudice Plaintiff, inconvenience the Court, or unduly delay this appeal, which has not yet been scheduled for oral argument. This is InformData's first request for an extension of time to file its response brief.

6. Under Local Rule 27(a), counsel for InformData notified counsel for Plaintiff of this motion on July 9, 2026. Plaintiff's counsel does not object.

For these reasons, InformData requests that the Court grant this motion for a 30-day extension of time in which to file its response brief, making InformData's response brief due on September 2, 2026.

Dated:  July 10, 2026

Respectfully submitted,

*/s/ Charles E. Harris, II*

Charles E. Harris, II
Preston R. Michelson
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 782-0600
charris@mayerbrown.com
pmichelson@mayerbrown.com

Carmen Longoria-Green
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006
Telephone: (202) 263-5282
clongoriagreen@mayerbrown.com

*Counsel for Defendant-Appellee*
*InformData, LLC*

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g), I hereby certify that this motion: (i) complies with the type-volume limitation of Rule 27(d)(2)(A) because it contains 526 words and (ii) complies with the typeface requirements of Rule 32(a)(5) and the type style requirements of Rule 32(a)(6).

/s/ *Charles E. Harris, II*
Charles E. Harris, II