FILED:  July 13, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-1491
(1:25-cv-00826-RDA-WEF)

_____

HARRY S. SMITH

      Plaintiff - Appellant

v.

INFORMDATA, LLC, f/k/a Wholesale Screening LLC

      Defendant - Appellee

_____

O R D E R

_____

The court grants the motion to amend the caption. The caption of this appeal has been amended as shown above. If additional corrections or modifications are needed for the caption, please file a motion to amend the caption.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk